# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABU-BAKR MOOD,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>GLOBAL DIAMOND RESOURCES, INC., JOHANN DE VILLIERS, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 99cv1565 BTM(NLS)<br><br>**ORDER SETTING STATUS CONFERENCE** |
| GLOBAL DIAMOND RESOURCES, INC., JOHANN DE VILLIERS,<br><br>　　　　　　　　　　Counter-Claimants,<br>　　v.<br>ABU-BAKR MOOD, and ROES 1 through 50, inclusive,<br><br>　　　　　　　　　　Counter-Defendants. | |

　　The Court hereby sets a status conference in this case for **December 18, 2007 at 4:00 p.m.**

**IT IS SO ORDERED.**

DATED: December 3, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge